PERTH AMBOY DRY DOCK COMPANY v. MONMOUTH STEAMBOAT COMPANY.

APPEAL FROM THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF NEW JERSEY.

No. 609. Submitted December 20, 1909.—Decided January 3, 1910.

Decree of the District Court of the United States affirmed without opinion.

215 U. S. Per Curiam.

Mr. *James D. Dewell, Jr.,* and Mr. *Avery Fayette Cushman* for appellant.

Mr. *Charles N. Snyder* for appellee.

*Per Curiam.* Decree affirmed with costs.